| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **Eastern District of New York** |
| Case number (if known):  **1-26-40062**    Chapter **11** |

☑ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  
1021 MAPLE CRESCENT, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**  
9 2 – 0 9 7 5 6 7 3

**4. Debtor's address**

**Principal place of business**

1427 53RD STREET  
Number       Street

Brooklyn, NY 11219  
City                   State    ZIP Code

Kings  
County

**Mailing address, if different from principal place of business**

Number       Street

City                   State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number       Street

City                   State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
❑ Partnership (excluding LLP)  
❑ Other. Specify:

Debtor  **1021 MAPLE CRESCENT, LLC**                                           Case number *(if known)*  **1-26-40062**
         Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ❏ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ❏ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |
| | B. *Check all that apply:* |
| | ❏ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |

| 8. Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|
| | ❏  Chapter 7 |
| | ❏  Chapter 9 |
| | ☑  Chapter 11. *Check all that apply:* |
| | ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). |
| | ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | ❏ A plan is being filed with this petition. |
| | ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ❏  Chapter 12 |

| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ☑ No |
|---|---|
| | ❏ Yes. District _____ When _____ Case number _____ |
| | MM / DD / YYYY |
| | District _____ When _____ Case number _____ |
| | MM / DD / YYYY |

| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? List all cases. If more than 1, attach a separate list. | ☑ No |
|---|---|
| | ❏ Yes. Debtor _____ Relationship _____ |
| | District _____ When _____ |
| | MM / DD / YYYY |
| | Case number, if known _____ |

Debtor    **1021 MAPLE CRESCENT, LLC**                                                                 Case number *(if known)*    **1-26-40062**
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____    _____    _____<br>    City    State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>        Contact name    _____<br>        Phone    _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |


| Debtor | **1021 MAPLE CRESCENT, LLC** | Case number *(if known)* | **1-26-40062** |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **01/07/2026**
MM/ DD/ YYYY

X **/s/ Mark Taub**
Signature of authorized representative of debtor

**Mark Taub**
Printed name

Title _____

**18. Signature of attorney**

X **/s/ Charles Wertman**
Signature of attorney for debtor

Date **01/07/2026**
MM/ DD/ YYYY

**Charles Wertman**
Printed name

**Law Offices of Charles Wertman P.C.**
Firm name

**100 Merrick Road Suite 304W**
Number     Street

**Rockville Centre**          **NY**     **11570-4807**
City                          State    ZIP Code

**(516) 284-0900**            **charles@cwertmanlaw.com**
Contact phone                 Email address

**2593267**                   **NY**
Bar number                    State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets **$0.00**
   b. Total debts (including debts listed in 2.c., below) **$403,427.40**
   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   secured ☐  unsecured ☐  subordinated ☐  _____  _____
   secured ☐  unsecured ☐  subordinated ☐  _____  _____
   secured ☐  unsecured ☐  subordinated ☐  _____  _____
   secured ☐  unsecured ☐  subordinated ☐  _____  _____
   secured ☐  unsecured ☐  subordinated ☐  _____  _____

   d. Number of shares of preferred stock  _____
   e. Number of shares common stock  _____

   Comments, if any: _____

3. Brief description of debtor's business _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: